IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., NAPP PHARMACEUTICAL GROUP LTD., BIOVAIL LABORATORIES INTERNATIONAL, SRL, and ORTHO-MCNEIL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES, INC.,<br><br>Defendant. | C.A. No. _____ |

**RULE 7.1 STATEMENT OF PLAINTIFFS PURDUE PHARMA PRODUCTS L.P. AND NAPP PHARMACEUTICAL GROUP LIMITED**

Pursuant to Fed. R. Civ. P. 7.1(a), Purdue Pharma Products L.P. and Napp Pharmaceutical Group Limited hereby state as follows:

1. Purdue Pharma Products L.P. is a Delaware limited partnership that has one partner, Purdue Pharma L.P. No publicly held corporation owns 10% or more of the partnership interests of Purdue Pharma Products L.P. or Purdue Pharma L.P.

2. Napp Pharmaceutical Group Limited is a United Kingdom limited company. Napp Pharmaceutical Group Limited has one parent corporation, Napp Pharmaceutical Holdings Limited. No publicly held company owns 10% or more of Napp Pharmaceutical Group Limited's stock or Napp Pharmaceutical Holdings Limited's stock.

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Rodger D. Smith II*

                              Jack B. Blumenfeld (#1014)
                              Rodger D. Smith II (#3778)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899-1347
                              (302) 658-9200
                              rsmith@mnat.com
                              *Attorneys for Plaintiffs*
                                *Purdue Pharma Products L.P.*
                                *and Napp Pharmaceutical Group Ltd.*

OF COUNSEL:

Robert J. Goldman
Sasha Rao
ROPES & GRAY LLP
525 University Avenue
Suite 300
Palo Alto, CA  94301
(650) 617-4000

Pablo Hendler
Sona De
Richard A. Inz
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

August 15, 2008
2442820