**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PURDUE PHARMA PRODUCTS L.P., <br> NAPP PHARMACEUTICAL GROUP LTD., <br> BIOVAIL LABORATORIES INTERNATIONAL <br> SLR, and ORTHO-MCNEIL-JANSSEN- <br> PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMPAX LABORATORIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 08-519 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORTHO-MCNEIL-JANSSEN-PHARMACEUTICAL, INC.'S
FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Ortho-McNeil-Janssen-Pharmaceutical, Inc. hereby state as follows:

1.    Ortho-McNeil-Janssen-Pharmaceutical, Inc. is a Pennsylvania Corporation. Ortho-McNeil-Janssen-Pharmaceutical , Inc. has one parent corporation, Johnson and Johnson, a public company, which owns more than 10% of Ortho-McNeil-Janssen-Pharmaceutical, Inc.'s stock.

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: *Mary W. Bourke*
Mary W. Bourke (#2356)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141

*Attorneys for Plaintiff*
*Ortho-McNeil-Janssen-Pharmaceutical, Inc.*

DATED: August 18, 2008